# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-cr-00111-LRH-RAM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| RAFAEL ARIAS, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment against the defendant, RAFAEL ARIAS, with prejudice.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
WILLIAM R. REED
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**DATED** this  19th  day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE